at Special Term, Doyle, J. (Appeal from order of Supreme Court, Erie County, Doyle, J. — increase *ad damnum* clause.) Present — Callahan, J. P., Denman, Boomer, O'Donnell and Schnepp, JJ.

■ In the Matter of the Arbitration between THOMAS GOGLIA, Respondent, and THOMAS J. SARDINO, as Chief of Police of the City of Syracuse, et al., Appellants. — Order unanimously affirmed, with costs, for reasons stated in decision at Special Term, Murphy, J. (Appeal from order of Supreme Court, Onondaga County, Murphy, J. — arbitration.) Present — Dillon, P. J., Boomer, Green, O'Donnell and Schnepp, JJ.

■ In the Matter of NICHOLE E.J. Order unanimously reversed, without costs, and matter remitted to Erie County Family Court for a new fact-finding hearing (see *Matter of Kelly Sue N., 94 AD2d 976*). (Appeal from order of Erie County Family Court, Killeen, J. — person in need of supervision.) Present — Dillon, P. J., Boomer, Green, O'Donnell and Schnepp, JJ.

■ In the Matter of MARVIN SMITH, Appellant, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Respondent. — Judgment unanimously affirmed (see *Matter of Jermosen v Smith, 84 AD2d 932*). (Appeal from judgment of Supreme Court, Wyoming County, Kane, J. — art 78.) Present — Hancock, Jr., J. P., Callahan, Doerr, Denman and O'Donnell, JJ.

■ In the Matter of DEREK SAUNDERS, Appellant, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Respondent. — Judgment unanimously affirmed (see *Matter of Jermosen v Smith, 84 AD2d 932*). (Appeal from judgment of Supreme Court, Wyoming County, Kane, J. — art 78.) Present — Dillon, P. J., Hancock, Jr., Callahan, Denman and Green, JJ.

■ In the Matter of DEREK L. SAUNDERS, Appellant, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, et al., Respondents. — Judgment unanimously affirmed (see *Matter of Jermosen v Smith, 84 AD2d 932*). (Appeal from judgment of Supreme Court, Wyoming County, Kane, J. — art 78.) Present — Dillon, P. J., Hancock, Jr., Callahan, Denman and Green, JJ.

■ CARLTON L. NEWTON, Individually and as Executor of MADELINE A. NEWTON, Deceased, Respondent, v AQUA FLO COMPANY et al., Appellants. — Order unanimously reversed, without costs, and motion granted. Memorandum: In an action to recover damages for wrongful death, defendants appeal from an order which denied their motion to amend their answer to assert an